EASTERLING *v.* FARRELL.

Opinion delivered January 21, 1929.

938

*J. R. Parker,* for appellant.

*A. A. Poff, Claude M. Cruce* and *W. R. Donham,* for appellee.

KIRBY, J. The undisputed testimony shows that the deceased, after his marriage, had established his home at McGehee, in Desha County, where he and his wife lived and kept house for four years, and where his work as fireman on the railroad required his residence, and where his membership in the order of locomotive firemen was kept until his death. He went down into Louisiana later, following his occupation of a railroad fireman, but never lived with his wife, who had abandoned him, nor established a home there.

The fact that deceased, after leaving McGehee, was down in Louisiana following his occupation of a railroad fireman, would not change his domicile or residence, under the circumstances of this case, from McGehee, in Desha County, where it had been established, it not being shown that he had established a home or residence in Louisiana except as indicated. *Crone* v. *Cooper,* 43 Ark. 552; *State Life Insurance Co.* v. *Ford,* 101 Ark. 521, 142 S. W. 863; *Wheat* v. *Smith,* 50 Ark. 266, 7 S. W. 161.

The testimony shows conclusively that deceased had established his home and residence with his wife at McGehee, in Desha County, where he worked and remained for four years after his marriage, necessarily showing an abandonment of any home or residence he might have had theretofore in Chicot County, and, such being the case, with letters of administration issued on his estate in that county, where the residence was shown to have been established, the burden of proof was correctly declared by the court to be upon the appellant, who attacked the legality of the issuance of letters of administration to appellee on the ground that his intestate was not a resident of Desha County, where the letters were issued.

The verdict of the jury is amply supported by the testimony, and the judgment is affirmed.